No. 310, Misc.  HOSHOR *v.* HEINZE, WARDEN, ET AL.;

No. 311, Misc.  CONNOR *v.* MAYO, PRISON CUSTODIAN;

No. 318, Misc.  IN RE RUTHVEN;

No. 319, Misc.  SEALS *v.* HIATT, WARDEN;

No. 335, Misc.  IN RE DEBINSKI;

No. 340, Misc.  IN RE JAMES;

No. 350, Misc.  ST. JEAN *v.* MAYO, STATE PRISON CUSTODIAN; and

No. 356, Misc.  CONN *v.* RAGEN, WARDEN.  The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.

No. 312, Misc.  ATWOOD ET AL. *v.* HANNAY, U. S. DISTRICT JUDGE, ET AL.  The motion for leave to file petition for writ of mandamus, prohibition, or certiorari is denied. *Lloyd A. Faxon* for petitioners.

No. 313, Misc.  SHIPLEY *v.* MISSOURI.  Application denied.

No. 322, Misc.  PATTEN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. The motion for leave to file petition for writ of certiorari is denied.

No. 337, Misc.  SHEPPARD *v.* MAYO, CUSTODIAN OF THE FLORIDA STATE PRISON.  The motion for leave to file petition for writ of habeas corpus or certiorari is denied.

No. 425.  NATIONAL LABOR RELATIONS BOARD *v.* HIGHLAND PARK MANUFACTURING Co.  C. A. 4th Cir.  Certiorari granted. *Solicitor General Perlman* for petitioner. *Whiteford S. Blakeney* for respondent.